**No. 50678.**—Protests 45937–K, etc., of Otto Roth & Co., Inc. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and the cited decision, the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706); and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* The protests were sustained to this extent.

**No. 50679.**—Protests 100946–K, etc., of D. & A. Sclafani et al. (New York).

Opinion by Keefe, J. It was stipulated that certain items of the merchandise consist of cheese similar in all material respects either to the Romano and Sprinz cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) or to the Gouda cheese involved in Abstract 48269. In accordance with stipulation of counsel and following the decisions cited, it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protests were sustained to this extent.

**No. 50680.**—Protests 40498–K, etc., of Foster Canning Co. (New York).

Opinion by Keefe, J. It was stipulated that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304), which record was incorporated herein. In accordance therewith the protests were sustained as claimed.

**No. 50681.**—Protest 108184–K of International Forwarding Co., Inc. (New York).

Opinion by Keefe, J. At the trial the amended report of the collector was admitted in evidence which disclosed that an allowance for free entry of 13 cylinders out of the 18 imported could have been allowed. In view of the evidence the collector was directed to reliquidate the entry, refunding all duties taken upon 13 drums valued at $650, established to be American goods returned.